In the Matter of MICHAEL K. SIMON, Respondent, v. LLOYD K. GARRISON et al., Constituting the Board of Education Retirement System of the City of New York, et al., Appellants.—

Christ, P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

MARY KAUFMAN, Appellant, v. CONGREGATION OF KNESSES ISRAEL SEA GATE, Respondent.—

Christ, P. J., Rabin, Munder, Latham and Benjamin, JJ., concur.